UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:       ORDER OF REFERENCE
:       TO A MAGISTRATE JUDGE

Plaintiff,   Jose Rodriguez,

      23-cv-5531  ( LAK ) (OTW )

-v-

Defendant.   The City of New York, et al.,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023

------------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: X_____

*Do not check if already referred for general pretrial.

Dated June 29, 2023
_____

SO ORDERED:

/s/ Lewis A. Kaplan
_____

United States District Judge