UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-24

JOSE RODRIGUEZ,

        Plaintiff,

— against —

THE CITY OF NEW YORK.

        Defendants.

Case No. 23-cv-05531

NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN PARTIES

WHEREAS Plaintiff filed an Amended Complaint which did not include the New York County District Attorney's Office or Assistant District Attorney Christopher Martinelli in the suit:

Notice of voluntary dismissal without prejudice is hereby given to all parties **OTHER THAN THE CITY OF NEW YORK** pursuant to Rule 41(a)(1)(A)(i).

Dated: New York, New York
      January 9, 2024

WERTHEIMER LLC

By: /s/ Joel A. Wertheimer
Joel A. Wertheimer
14 Wall Street
Suite 1603
New York, New York 10005
(646) 720-1098
joel@joelwertheimer.com

*Denied without prejudice to a motion to dismiss as to the DA's Office and Mr. Martinelli without prejudice or, alternatively, with prejudice.*

SO ORDERED
/s/ Lewis A. Kaplan  1/10/24
LEWIS A. KAPLAN, USDJ