```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSE RODRIGUEZ,                                            :
                                                           :
                          Plaintiff,                       :     23-CV-5531 (LAK) (OTW)
                                                           :
              -against-                                    :     SCHEDULING ORDER
                                                           :
CITY OF NEW YORK., et al.,                                 :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 34. The Court will hold a Status Conference in this matter on **Thursday, May 9, 2024 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a proposed updated discovery schedule **by Friday, April 26, 2024**.

The Clerk of Court is respectfully directed to close ECF 34.

SO ORDERED.

Dated: April 19, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge