

**MEMO ENDORSED.**

**MURIEL GOODE-TRUFANT**
Corporation Counsel

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**AMY ROBINSON**
*Senior Counsel*
Tel.: (212) 356-3516
Fax: (212) 356-3509
arobinso@law.nyc.gov

December 13, 2024

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          Dec. 16, 2024
U.S.M.J.

Re: <u>Jose Rodriguez v. City of New York</u>,
23-CV-5531d (LAK) (OTW)

Your Honor:

    I am senior counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for the defendant City of New York in the above-referenced matter. In that capacity, I write with the consent of plaintiff's counsel, Joel Wertheimer, Esq., to respectfully request a two-day extension of the time for a new Assistant Corporation Counsel to file a notice of appearance from December 16, 2024, to December 18, 2024. As Your Honor may recall, a new attorney will be assigned to this matter as the undersigned is going on medical leave as of today. On December 9, 2024, Your Honor ordered that the new attorney file their notice of appearance by December 16, 2024. (Dkt. No. 58). The additional time is necessary as the Law Department's computer system is currently experiencing an outage until sometime on Monday, December 16 making it difficult to review the case and transfer it to another attorney by that same date.

    Accordingly, defendant City respectfully requests on consent until December 18, 2024, for the new Assistant Corporation Counsel to file their notice of appearance in this matter.

    Thank you for your consideration herein.

Respectfully submitted,

Amy Robinson

*Amy Robinson*

*Senior Counsel*
Special Federal Litigation

To: All Plaintiff's Counsel *via* ECF