

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JOHN SCHEMITSCH
*Senior Counsel*
jschemit@law.nyc.gov
Phone: (212) 356-3539

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-25

March 11, 2025

**By ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Jose Rodriguez v. City of New York</u>, 23-CV-05531 (LAK) (OTW)

Your Honor:

  I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for defendant City of New York in this action. Defendant writes to respectfully request a two week extension of time to file its objections to Your Honor's Report and Recommendation, filed on March 4, 2025 (ECF No. 62), regarding defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(c), from March 18, 2025 to April 1, 2025. This is the first such request, to which plaintiff consents. This request is made in light of the undersigned's prescheduled vacation from March 12, 2025 to March 17, 2025. This request will not impact any other deadlines in this matter.

  Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *John Schemitsch*

John Schemitsch

cc: **Via ECF**
All Counsel of Record

Granted
SO ORDERED
*[signature]*
LEWIS A. KAPLAN, USDJ
3/12/2025