# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

April 14, 2025

**Via ECF**

Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/25

Re: *Jose Rodriguez vs City of New York*, 23-CV-05531 (LAK) (OTW)

Dear Judge Wang,

We, along with Wertheimer LLC, represent the Plaintiff Jose Rodriguez in the above-captioned matter and we write to request a brief extension of the deadline to oppose the City of New York's Objections to the Report and Recommendation by Magistrate Judge Ona T. Wang recommending the City's motion to dismiss be denied. The deadline is currently April 15, 2025, and we ask that it be extended to April 22, 2025.

Counsel for the City consents to this extension. It is the first request for an extension. No other dates will be altered by this request, as there is no reply briefing permitted under Fed. R. Civ. P. 72(b)(2). Finally, we apologize for not filing this request sooner, but the need for additional time only became apparent today.

We thank the Court for its attention to this request.

Respectfully,

/s/

Rob Rickner

Granted
/s/ Lewis A. Kaplan
4/15/25

212-300-6506 | 14 WALL STREET, SUITE 1603 NEW YORK, NY 10005 | RICKNERPLLC.COM