UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE RODRIGUEZ,

                        Plaintiff,

        -against-                                          23-cv-5531 (LAK)

CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on the objections to the Report and Recommendation of Magistrate Judge Ona Wang on May 28, 2025 at 2:00 pm.

        Any reply papers in support of the objections shall be filed no later than May 6, 2025.

        SO ORDERED.

Dated:      April 23, 2025

                                                      Lewis A. Kaplan
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-25