**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOSE RODRIGUEZ,                                   :
                                                  :
                Plaintiff,            :         23-CV-5531 (LAK) (OTW)
                                                  :
              -against-            :         **ORDER**
                                                  :
THE CITY OF NEW YORK,                             :
                                                  :
                Defendant.           :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a status conference in this matter on Thursday, July 31, 2025. In accordance with the Court's instructions and orders at the conference, it is now hereby **ORDERED** that the deadline for fact discovery is extended to **October 31, 2025**.

      It is **FURTHER ORDERED** that the Court will hold a status conference in this matter on Wednesday, October 08, 2025 at 11:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

Dated: August 18, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge