**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JOSE RODRIGUEZ,                                             :
                                                            :
                    Plaintiff,                              :      23-CV-5531 (LAK) (OTW)
                                                            :
            -against-                                       :      ORDER
                                                            :
THE CITY OF NEW YORK,                                       :
                                                            :
                    Defendant.                              :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on October 8, 2025. As directed at the conference, the parties shall file a joint letter by **October 31, 2025**, and on the last business Friday of each month thereafter, informing the Court about the status of discovery to include:

- what efforts the parties have made to identify and narrow ESI custodians; and

- what progress has been made on accessing non-publicly available archive material.

The Court will hold a Preliminary Settlement Conference Call **on Thursday, November 06, 2025 at 3:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                                                  _/s/ Ona T. Wang_
Dated: October 9, 2025                                                   **Ona T. Wang**
       New York, New York                                                United States Magistrate Judge