UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x

JOSE RODRIGUEZ,

               Plaintiff,

     -against-

CITY OF NEW YORK, *et al.*,

               Defendants.

----------------------------------------- x

23-cv-5531 (LAK) (OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/01/2026

## ORDER DISMISSING CASE

LEWIS A. KAPLAN, *District Judge.*

      The Court having been advised that the parties have settled, the case is dismissed with prejudice and without costs, subject to the right of any party to reinstate the action by serving and filing a notice to that effect, on or before May 1, 2026, if the settlement is not consummated by then.

      SO ORDERED.

Dated:     April 1, 2026

                                     Lewis A. Kaplan
                           United States District Judge